FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUN -3 PM 2: 45
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 609-048 |
| | * | |
| ANTHONY DWAYNE KNIGHT | * | |

## ORDER

Before the Court is Defendant's motion to "suspend" the payment of his fine until he is released from prison. On September 1, 2010, Defendant was sentenced to 136 months imprisonment to be followed by 5 years supervised release. He was also ordered to pay a $3,600 fine and $100 special assessment.

With respect to the payment of the fine, the Judgment and Commitment Order provides as follows:

> While in the custody of the Bureau of Prisons, the defendant shall make payments of either quarterly installments of a minimum of $25 if working non-UNICOR or a minimum of 50 percent of monthly earnings if working UNICOR. Upon release from imprisonment and while on supervised release, the defendant shall make minimum monthly payments of $120 over a period of 30 months.

(Doc. No. 765, at 6.) Through the instant motion, Defendant complains that UNICOR is laying him off for 2 of the 5 days a week that he has been working. The schedule of payment imposed upon this Defendant is not unlike the schedule of

payments imposed on most every other criminal defendant sentenced with a monetary penalty. Defendant has not presented a compelling reason to modify his fine payment and thus, be treated differently than any other criminal defendant ordered to pay a fine. Accordingly, Defendant's motion (doc. no. 1104) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this \_\_\_3rd\_\_\_ day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE

2

CR 609-48-24

Motion to Suspend Fine payment until Released

My name is Anthony Knight 14232-021. I work UNICOR. But at this UNICOR we use to work full weeks and months. Now they are going to lay off for 2 days a week and only work 3 days a week. That's only 12 days a month I'll be working. We only get paid by the days you work and with me paying 50% of my check and I'm only getting 12 days a month, I won't be able to live off of that pay. So I'm asking please suspend my fine until I'm released. I only owe about 2500 dollars. Thanks for your time!

Sincerly,

Anthony Knight - 14232-021
P.O. 350
Beaver, W.V. 25813

The Honorable Judge Edenfield is my Judge